**Order entered May 3, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-19-00851-CR

## DESMOND RENARD FISHER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F19-00024-Y

### ORDER

We **REINSTATE** this appeal.

This appeal was filed July 16, 2019 and has been pending over twenty-one months. We abated because appellant's brief, initially due December 28, 2020, had not been filed and we had no communication from appellate counsel J. Daniel Oliphant.[1] On April 26, 2021, the trial court held a Zoom hearing at which Mr. Oliphant and the State appeared. Mr. Oliphant explained why he had not yet filed a

---

[1] After appellant's first appointed counsel failed to file a brief, we ordered her removed and abated the appeal for the appointment of new counsel. Mr. Oliphant was appointed on November 3, 2020.

brief and said he anticipated having a brief done in two months. The trial court recommended counsel file a motion to extend time, and the State indicated it was not opposed to another extension of time. Although we have received a supplemental reporter's record from the hearing, to date no motion to extend time to file appellant's brief has been filed.

On the Court's own motion, we **ORDER** appellant's brief filed no later than June 25, 2021. Absent extenuating circumstances, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; to J. Daniel Oliphant; and to the Dallas County District Attorney's Office, Appellate Division.


/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE